Alcovér, Recurrente, *v.* El Registrador de la Propiedad, Recurrido.

Recurso gubernativo contra nota del Registrador de la Propiedad de Arecibo denegando la inscripción de un usufructo.

No. 190.—Resuelto en junio 27, 1914.

Usufructo—Herederos Usufructuarios—Liquidación de la Sociedad de Gananciales.—Cuando, como en el caso de autos, aparece inscrita en el registro de la propiedad una finca como bien privativo del cónyuge premuerto, a su viuda sólo incumbe justificar el fallecimiento del mismo y su carácter de heredera usufructuaria con respecto a dicha casa, para que se inscriba a su favor el derecho de usufructo sobre la misma, no siendo necesario el que preceda la liquidación de la sociedad de gananciales de ella con su esposo,

ni que se practiquen las operaciones divisorias del haber relicto del cónyuge premuerto, sin que sea obstáculo alguno la circunstancia de haberse hecho constar en la inscripción de defunción del causante el haber estado casado anteriormente en primeras nupcias.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Manuel Paz Urdaz.*

El Registrador Sr. José Marcial López no compareció.

EL JUEZ PRESIDENTE SR. HERNÁNDEZ, emitió la opinión del tribunal.

Se trata de un recurso interpuesto contra nota del Registrador de la Propiedad de Arecibo denegatoria de inscripción de la escritura No. 453 otorgada en dicha ciudad el 19 de diciembre de 1911 por Don Antonio Alcovér Ferrá en concepto de apoderado de Doña Margarita Ferrá Fontanet, viuda de Don Pedro Antonio Pizá Bisbal, sobre liquidación de la sociedad de gananciales de ésta con el Pizá Bisbal, y manifestación de su herencia, cuya escritura fué presentada en el registro de la propiedad para la inscripción del derecho de usufructo de Doña Margarita Ferra y Fontanet sobre una casa de su difunto esposo, señalada con el número 7 en la acera Sur de la Calle del General Pavía, antes de La Cruz, barrio de la Monserrate de la ciudad de Arecibo.

La nota recurrida dice así:

"Denegada la inscripción de este documento, en cuanto a la finca urbana a que se refiere la nota de presentación que antecede, por las razones legales siguientes: Primero, porque habiendo nombrado el testador Don Pedro Antonio Pizá Bisbal a Don Bartolomé Sampol, y en defecto de éste a Don Gaspar Borrás y Ferrer, contador liquidador de su herencia, sólo a uno de ellos corresponde practicar la liquidación de las sociedades de gananciales llevadas por dicho testador con sus dos esposas Doña Magdalena Ferrá y Alberti y Doña Margarita Ferrá y Fontanet, con intervención de esta última y demás interesados en los bienes, como operación previa e indispensable para determinar el verdadero caudal partible del mismo. Segundo, porque la liquidación de la sociedad de gananciales practicada por la viuda heredera Doña Margarita Ferrá y Fontanet referida a una parte de los bienes del causante, y la adjudicación que por sí misma se hace

sin liquidar la primera sociedad, es ineficaz para obtener la inscripción del derecho de usufructo ya que no constituye una simple descripción de los bienes sujetos a dicho usufructo, sino una adjudicación expresa y determinada que sólo puede tener lugar en la partición general de la herencia. Tercero, porque aun en el supuesto de que la viuda heredera tuviera derecho a practicar esa liquidación sin intervención del contador liquidador testamentario y demás interesados en la herencia y sin la previa liquidación de la primera sociedad conyugal, el poder conferido a Don Antonio Alcovér y Ferrá no contiene cláusula específica para representarla en tal liquidación, cuyas razones tienen su apoyo en el artículo 1024 del Código Civil y resoluciones de la Dirección General de los Registros de España de 9 de septiembre y 12 de noviembre de 1895; 14 de marzo, 1903; 26 de febrero y 25 de mayo de 1906; de 11 de septiembre de 1907 y 21 de junio de 1906. Y siendo tales defectos insubsanables, en virtud de lo establecido por la sección 7 de la ley de 1 de marzo de 1902 se tomó anotación preventiva que tendrá efecto legal durante ciento veinte días de su fecha al folio 44 del tomo 17 de este ayuntamiento de Arecibo, finca número 10 triplicado, anotación letra C. Arecibo, 25 abril, 1914. José Marcial López. Registrador.''

Además de la escritura de que se deja hecho mérito, el Registrador de Arecibo tuvo a la vista para denegar la inscripción, los siguientes documentos: (a) certificación de la inscripción de defunción de Don Pedro Antonio Pizá y Bisbal, ocurrida en 5 de enero de 1911, en la ciudad de Sóller, provincia de Las Baleares, España; (b) copia del testamento otorgado por Pizá y Bisbal en la misma ciudad de Sóller el 28 de junio de 1910; (c) copia del poder otorgado en 3 de febrero de 1911 en la propia ciudad de Sóller por Doña Margarita Ferrá y Fontanet, viuda de Don Pedro Antonio Pizá y Bisbal a favor de Don Antonio Alcovér Ferrá.

En el documento letra (a) además de la fecha y circunstancias expresivas del fallecimiento de Don Pedro Antonio Pizá y Bisbal, se consigna, entre otros particulares, que era viudo en primeras nupcias de Doña Magdalena Ferrá y Alberti, de cuyo matrimonio no hubo sucesión, y que en el acto del fallecimiento estaba casado con Doña Margarita Ferrá y Fontanet sin que tuvieran hijos.

En el documento letra (*b*) declaró el testador Pizá y Bisbal que no tenía herederos forzosos y después de ordenar algunos legados, instituyó heredera universal usufructuaria en el remanente de todos sus bienes y derechos presentes y futuros, a su consorte Doña Margarita Ferrá y Fontanet, libre de fianza e inventario, para mientras se conservara viuda, con facultad para vender, gravar y enajenar cualesquiera de sus bienes si a su prudente arbitrio lo considerase necesario a fin de atender a sus alimentos; para después de extinguido dicho usufructo hizo otros nombramientos de herederos propietarios y usufructuarios; y designó para contadores liquidadores de su herencia con amplias facultades a Don Bartolomé Sampol y en su defecto a Don Gaspar Borrás y Ferrer.

Por el documento letra (*c*) Doña Margarita Ferrá y Fontanet, vecina de Sóller, después de declarar que su esposo Don Pedro Antonio Pizá y Bisbal había fallecido bajo testamento en el cual la nombró heredera universal usufructuaria libre de fianza e inventario con facultad de vender, gravar y enajenar cualesquiera bienes de la herencia a su prudente arbitrio, manifiesta "que en tal concepto confiere poder cumplido a Don Antonio Alcover y Ferrá para que representando las voces, acciones y derechos de la mandante en Puerto Rico, administre los bienes de cualquier clase que tenga ahora o en lo sucesivo y perciba sus productos, rentas e intereses y cubra sus cargas, los arriende, alquile y dé en aparcería y desahucie a los inquilinos y colonos; tome cuenta a los que tienen obligación de rendirlas, y se incaute de los saldos que resulten; exija y cobre las cantidades que se deban a la sucesión de D. Pedro Antonio Pizá, dando recibos y cartas de pago y cancelando las hipotecas u otras garantías a que estuviesen tenidos los bienes de los deudores o fiadores; ceda, venda, permute y en general enajene por cualquier título, toda clase de bienes y derechos, por los precios, con los pactos y los términos que tenga a bien; y en especial los dere-

chos y participaciones que correspondan y puedan corresponder a dicha sucesión sobre la casa "Pizá y Compañía, Sociedad en Comandita," domiciliada en Arecibo, intervenga y practique la liquidación y disolución de dicha sociedad y de otras cualesquiera, aceptando los bienes que se ajudiquen por cualquier concepto; prorrogue aquella sociedad u otras, si conviniere, o las constituya de nuevo por el capital, plazo y condiciones que bien le parecieren; celebre toda clase de arreglo y convenios; asista a juntas, emita su voto y se conforme con el acuerdo de las mayorías, o los proteste, impugne y recurra en forma; otorgue y firme escrituras u otros documentos; y represente sin limitación los derechos y voces de la mandante; y acuda para ello si lo considera necesario, ante cualesquiera tribunales, autoridades, corporaciones y funcionarios, en demanda de justicia."

Ejercitando Don Antonio Alcovér Ferrá el poder de que se acaba de hacer mérito otorgó en 19 de diciembre de 1911, sin intervención de contador partidor ni de ninguna otra persona, y únicamente como mandatario de Doña Margarita Ferrá y Fontanet, la escritura No. 453 en la que, después de relacionar los bienes quedados en esta Isla al fallecimiento de Don Pedro Antonio Pizá Bisbal expresando cuales fueron adquiridos en estado de soltería y cuáles durante la sociedad conyugal, cuyo valor total asciende a $8,368.18, fijó la cuantía del haber que a cada cónyuge correspondía sin hacer adjudicación alguna, aceptó para su poderdante la herencia dejada a su favor por el difunto cónyuge, y acabó por consignar, entre otras cosas, que debían inscribirse en el Registro de la Propiedad de Arecibo a título de herencia testada en usufructo, y con la condición resolutoria impuesta por el testador, dos casas adquiridas por éste en estado de soltería, siendo una de esas casas la señalada con el No. 7 en la acera Sur, calle del General Pavía, antes de La Cruz, barrio de la Monserrate de Arecibo, a. que se refiere la nota recurrida.

Opinamos que el Registrador de la Propiedad de Arecibo, teniendo en cuenta los documentos *a, b, c,* a que hemos hecho referencia y el de 19 de diciembre de 1911 que le fueron presentados con el solo fin de que fuera inscrito a favor de Doña Margarita Ferrá y Fontanet el derecho de usufructo sobre la casa de su difunto esposo repetidas veces mencionada, debió, en vez de negar, hacer la inscripción solicitada.

Respecto de la casa en cuestión, se consigna en la escritura No. 453 ''que fué adquirida por el causante (Don Pedro Antonio Pizá y Bisbal) siendo de estado soltero, por adjudicación en pago de crédito hipotecario, a virtud de demanda ejecutiva seguida por dicho causante en el juzgado de 1ª. instancia que existió en este partido (Arecibo) contra Don Francisco Antonio Maltes Omedes, como lo comprueba el auto dictado el ocho de Junio de mil ochocientos ochenta y seis por el Juez Don Enrique Díaz de Guijarro, ante el Escribano Don Osvaldo Alfonzo Bauzá, documento que aparece registrado al folio ciento nueve vuelto, del tomo primero de Arecibo, finca número diez duplicado, inscripción octava.''

Dada la anterior afirmación que el registrador no contradice, es decir admitido que la finca urbana en cuestión figura inscrita en el Registro de la Propiedad de Arecibo como bien privativo de Don Pedro Antonio Pizá y Bisbal sólo incumbe justificar a la viuda Doña Margarita Ferrá y Fontanet, el fallecimiento de Pizá Bisbal y su carácter de heredera usufructuaria de los bienes del mismo, para que se inscribiera a su favor el derecho de usufructo sobre la casa No. 7 de la Calle del General Pavía en Arecibo. Esa justificación ha sido completa mediante la presentación al Registro, de la inscripción de defunción de Pizá Bisbal y del testamento otorgado por éste. Y no era necesaria para la inscripción, la liquidación de la sociedad de gananciales de Doña Margarita Ferrá y Fontanet y Don Pedro Antonio Pizá y Bisbal, ni la práctica de las operaciones divisorias del haber re-

licto por Pizá Bisbal. *Sucesión Dávila* v. *El Registrador de la Propiedad,* 15 D. P. R., 669; *Quiñones* v. *El Registrador de la Propiedad,* 16 D. P. R., 16; *Ríos* v. *El Registrador de la Propiedad,* 19 D. P. R., 742.

El derecho de usufructo cuya inscripción se pretende no se deriva de la escritura No. 453 sobre liquidación de sociedad de gananciales y manifestación de herencia, pues ese documento no contiene adjudicación de bienes expresa y determinada a favor de Doña Margarita Ferrá y Fontanet, según lo revela su texto, sino que nace del testamento otorgado por Don Pedro Antonio Pizá y Bisbal, y por tanto, aún en el supuesto de que existieran los defectos que el registrador ha encontrado en dicha escritura, éstos nunca afectarían el derecho de usufructo de que se trata, ni en su consecuencia impedirían la inscripción del mismo en el registro, como tampoco es un obstáculo para ella la circunstancia de haberse hecho constar en la inscripción de defunción de Don Pedro Antonio Pizá y Bisbal, que había estado casado en primeras nupcias con Doña Magdalena Ferrá y Alberti, cuyos derechos, sean cuales fueren respecto de la herencia de Don Pedro Antonio Pizá y Bisbal, podrá ejercitarlos cuando, dónde y cómo viere convenirle.

Y no puede ponerse en duda la facultad de Don Antonio Alcover Ferrá para gestionar en nombre de su mandante la inscripción del derecho de usufructo, dados los términos en que está redactado el poder.

Procede la revocación de la nota recurrida, y que se lleve a cabo la inscripción solicitada.

*Revocada la nota recurrida.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro, Aldrey y Hutchison.